Case 3:08-cv-00246-LDG-RAM Document 493 Filed 08/03/10 Page 1 of 8

DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Nevada Bar No. 6875
Assistant United States Attorney
100 West Liberty, Suite 600
Reno, Nevada 89501
Tel.: (775) 784-5438
Fax: (775) 784-5181

✓ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG - 4 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____________ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al., Plaintiffs, v. UNITED STATES OF AMERICA, et al., Defendants. | 3:08-cv-246-LDG-RAM<br>ORDER ON (# 460) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| ALICIA UHOUSE, et al., Plaintiffs, v. UNITED STATES DEPARTMENT OF THE INTERIOR, et al., Defendants. | 3:08-cv-0285-LDG-RAM<br>ORDER ON (# 217) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| BILL ADAMSON et al., Plaintiffs, v. UNITED STATES OF AMERICA, Defendant. | 3:08-CV-621-LDG-RAM<br>ORDER ON (# 93) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |

| | |
|---|---|
| LARRY J. MOORE, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 3:09-CV-167-LDG-RAM<br><br>ORDER ON (# 81) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| JAMES ADGETT, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, | 3:09-CV-649-LDG-RAM<br><br>ORDER ON (# 42) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| JUDY KROSHUS, et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br>Defendants. | 3:09-CV-713-LDG-RAM<br><br>ORDER ON (# 111) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |
| BILL ADAMSON et al.,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | 3:09-cv-715-LDG-RAM<br><br>ORDER ON (# 48) MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED |

This matter came on for hearing before the Court on August 3, 2010. There being no objection to the proposed order and good cause appearing therefor, IT IS HEREBY ORDERED AS FOLLOWS:

1. It is recognized that the prosecution and defense of these related actions will require each party to review and to disclose large quantities of information and documents through the discovery process. As a result, documents and images of documents already deposited or to be deposited with Sunshine Litigation Services ("Sunshine") inadvertently could include materials subject to privilege or other legally recognized protection (hereinafer "privileged information") and therefore not subject to disclosure in discovery. Such inadvertent disclosure of privileged information or documents is possible despite due diligence and reasonable care taken to protect privileged information.

2. Any party who has deposited materials with Sunshine may request the other parties to return privileged documents inadvertently produced with non-privileged documents. Such a request shall identify the document with particularity and state the privilege or protection being asserted and the basis for the asserted claim.

3. Any party who has deposited materials with Sunshine may assert a claim of privilege after receiving notice that another party intends to refer to, quote, cite, rely upon or otherwise use the material or information contained therein. In asserting such a claim of privilege, the depositing party shall at a minimum identify the document with particularity and state the privilege or protection being asserted and the basis for the asserted claim. Such a claim shall be made in a timely manner so that the claim of privilege may be challenged and any such challenge resolved without undue delay. A claim of privilege made within 21 days after receiving such a notice shall be regarded as timely.

4. If a party does not agree with the assertion of a claim of privilege by a depositing party under paragraphs 2 or 3, it shall notify the depositing party within 14 days after the receipt of the claim of privilege. The depositing party may, after meeting and conferring as required by

applicable rules, move the court for a determination of that claim. The failure of the depositing party to file such a motion within 30 days after receiving notification by another party of a disagreement regarding a claim of privilege shall operate as a waiver of the claim.

5. Once a document or information has been identified as privileged in accordance with paragraphs 2 or 3, no party shall in any way copy, reproduce, refer to, quote, cite, rely upon or otherwise use in any manner, any such document or its contents in any proceeding unless and until the Court determines that the document is not protected from discovery or the depositing party withdraws or waives the claim of privilege (except that the document or information may be identified or produced, under seal or _in camera_, in connection with a motion regarding the validity of the claim of privilege).

6. If the claim of privilege is upheld by the Court or the receiving party does not challenge the claim of privilege, all copies of the privileged documents so identified shall be returned to the depositing party and counsel for each party shall certify in writing to counsel for the depositing party that all such documents have been returned.

7. Inadvertent disclosure of any information or document which the depositing party later claims should not have been disclosed because of any privilege will not be deemed to constitute a waiver of the privilege. No parties shall claim or otherwise urge the Court to deem a privilege to have been waived solely on the basis of the inadvertent disclosure of the information or documents to which the privilege applies.

Date: Aug. 4, 2010

ROBERT A. McQUAID, JR.
United States Magistrate Judge

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing (proposed) ORDER ON MOTION FOR ORDER PROVIDING FOR CLAWBACK OF INFORMATION INADVERTENTLY DISCLOSED was made through the Court's electronic filing and notification or by sending a copy thereof by electronic mail from Reno, Nevada, addressed to the following addressee(s) on August 3, 2010.

Robert Hager, Esq.
Treva Hearne, Esq.
HAGER & HEARNE
245 East Liberty, #110
Reno, NV 89501
Counsel for Plaintiffs
Kroshus/Adamson

parrlawoffices@sbcglobal.net
thearne@hagerhearnelaw.com
rhager@hagerhearnelaw.com
775-329-5800
775-329-5819 (fax)

Lee Hotchkin, Esq.
1025 Ridgeview Drive, Suite 200
Reno, NV 89519
Counsel for Plaintiffs
Kroshus/Adamson

hotchkinlaw@sbcglogal.net
lthotch@sbcglobal.net
775-786-5791
775-786-8524 (fax)

Robert Maddox, Esq.
Nancy Jasculca, Esq.
10587 Double R Blvd., # 100
Reno, NV 89521
Counsel for Plaintiffs
Uhouse/Adgett/Moore

rmaddox@maddoxandassociates.com
njasculca@maddoxandassociates.com
775-322-3666
775-322-6338 (fax)

Patrick Leverty, Esq.
Vernon Leverty, Esq.
William Ginn, Esq.
832 Willow Street
Reno, NV 89502
Counsel for Plaintiffs
Uhouse/Adgett/Moore

pat@levertylaw.com
gene@levertylaw.com
bill@levertylaw.com
775-322-6636
775-322-3953 (fax)

Calvin R.X. Dunlap, Esq.
Monique Laxalt, Esq.
537 Ralston Street
Reno, NV 89503
Counsel for Plaintiffs
Uhouse/Adgett/Moore

worldlyx@att.net
monique.laxalt@sbcglobal.net
775-323-7790
775-323-5454 (fax)

William Doyle, Esq.
Roger Strassburg, Esq.
THE DOYLE FIRM
1313 East Osborne Road
Phoenix, AZ 85014
Counsel for TCID and Overvold

bfinnell@doylelawgroup.com
602-240-5055
602-240-6951 (fax)

William Doyle, Esq.
Roger Strassburg, Esq.
THE DOYLE FIRM
8500 Capella Rico Avenue
Las Vegas, NV 89117-9055
Counsel for TCID and Overvold
wdoyle@doylelawgroup.com
roger.strassburg@cox.net
bfinnell@doylelawgroup.com
702-240-9205
702-233-2107 (fax)

Michael VanZandt, Esq.
HANSON BRIDGETT LLP
425 Market Street, 26th Floor
San Francisco, CA 94105
Counsel for TCID and Overvold
mvanzandt@hansonbridgett.com
415-777-3200
415-995-3566 (fax)

Lyman McConnell, Esq.
1247 Rice Road
Fallon, NV 89406
Counsel for TCID and Overvold
lyman@tcid.org
775-423-6923/2141
775-423-5354 (fax)

Charles Burcham, Esq.
THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISENGER
6590 S. McCArran Blvd., Suite B
Reno, NV 89509
Counsel for Lyon County
clb@thorndal.com
775-786-2882
775-786-8004

Brent Kolvet, Esq.
THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISENGER
6590 S. McCArran Blvd., Suite B
Reno, NV 89509
Counsel for City of Fernley
btk@thorndal.com
775-786-2882
775-786-8004

Newel Knight, Esq.
STEPHENS, KNIGHT & EDWARDS
401 Ryland Street, Suite 330
Reno, NV 89502
Counsel for CAL Investments and Eilrich
nbknight@sbcglobal.net
775-786-5776
775-786-5044 (fax)

Michael Stoberski, Esq.
Zachary J. Thompson, Esq.
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Counsel for RE/MAX Realty And Judy Ashton
mstoberski@rocgd.com
702-384-4012
702-383-0701 (fax)

Thomas Mirczak, Esq.
CISNEROS CLAYSON & MARIAS
One East First Street, #1400
Reno, NV 89501
Counsel for King Construction
glenna.gish@zurichna.com
thomas.mirczak@zurichna.com
775-326-8200
775-326-8206 (fax)

Anthony T. Case, Esq.
Hayley B. Chambers, Esq. cfedor@farmercase.com
Kathryn Holbert, Esq. rrokni@farmercase.com
FARMER CASE & FEDOR kholbert@farmercase.com
2510 Wigwam Pkwy, Suite 206 702-579-3900
Henderson, NV 89074 702-739-3001 (fax)
Counsel for Keystone Realty

John Aberasturi, Esq. jaberasturi@etsreno.com
ERICKSON THORPE & SWAINSTON lligouri@etsreno.com
99 West Arroyo Street 775-786-3930
Reno, NV 89509 775-786-4160 (fax)
Counsel for LL Realty

Clayton Brust, Esq.
Kent Robison, Esq. cbrust@rbslattys.com
ROBISON BELAUSTEGUI SHARP & LOW krobison@rbslattys.com
71 West Washington Street 775-329-3151
Reno, NV 89503 775-329-7941 (fax)
Counsel for Greater Nevada Builders, Steve Campoy Contracting

Jean A. Weil, Esq.
WEIL & DRAGE Jweil@weildrage.com
6085 W. Twain Avenue, Suite 203
Las Vegas, Nevada 89103 702-314-1905
Counsel for Bidart, Ugalde, and V-Point 702-314-1909 (fax)

Joan Wright, Esq. jwright@allisonmackenzie.com
Christopher MacKenzie, Esq. cmackenzie@allisonmackenzie.com
Virginia O'Neill, Esq. voneill@allisonmackenzie.com
ALLISON, MACKENZIE, etc.
402 N. Division Street
Carson City, NV 89702 775-687-0202
Counsel for Crisp Development Inc. And Berle Crisp 775-882-7918 (fax)

Mark L. Gentile, Esq.
GENTILE LAW GROUP mark@gentilelawproup.com
1640 Alta Drive, Suite 12
Las Vegas, NV 89106 702-251-8445
Counsel for Charles Prandi 702-253-7431

Kelly R. Chase, Esq.
LAW OFFICE KELLY R. CHASE kellyrchaselaw@aol.com
P.O. Box 2800
Minden, NV 89423 775-782-3099
Counsel for Nevada Johnson, Inc. 775-782-3082 (fax)

Kenneth V. Ward, Esq. kenwardlaw@aol.com
P.O. Box 2500
Fernley, NV 89408 775-575-2228
Counsel for CTI, Inc. and William Carlson 775-575-2257 (fax)

Case 3:08-cv-00246-LDG-RAM Document 493 Filed 08/03/10 Page 8 of 8

Ryan J. Mandell, Esq.
GEORGESON ANGARA CHTD.
5450 Longley Lane
Reno, NV 89511
Counsel for Mary Noriega and Adrien Noriega

ryan@renotahoelaw.com

775-827-6440
775-827-9256

Charles W. Spann, ESq.
PERRY SPANN & WESTBROOK
6130 Plumas Street
Reno, NV 89519
Counsel for Latuska and Warn

cspann@perryspann.com

775-829-2002
775-829-1808 (fax)

Donald A. Lattin, Esq.
MAUPIN COX & LEGOY
4785 Caughlin Parkway
Reno, NV 89520
Counsel for Matthews Land, Inc.

dlattin@mclrenolaw.com

775-827-2000
775-827-2185 (fax)

Michael Pintar, Esq.
Micheline Fairbank, Esq.
BURTON BARTLETT & GLOGOVAC
50 West Liberty Street, # 650
Reno, NV 89501
Counsel for Biral and Suennen

mpintar@bbg.net
mfairbank@bbg.net

775-333-0400
775-333-0412 (fax)

Christian L. Moore, Esq.
LEMONS GRUNDY & EISENBERG
6005 Plumas Street, Suite 300
Reno, NV 89519
Counsel for Meppen and Davis

clm@lge.net

775-786-6868
775-786-9716 (fax)

/s/ Greg Addington
GREG ADDINGTON