# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG-RAM<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG-RAM |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG-RAM<br>(Adamson I) |

| | |
|---|---|
| LARRY J. MOORE, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendants. | 3:09-cv-0167-LDG-RAM |
| JAMES ADGETT, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | 3:09-cv-0649-LDG-RAM |
| JUDY KROSHUS, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>         Defendants. | 3:09-cv-0713-LDG-RAM<br>(Kroshus II) |
| BILL ADAMSON, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | 3:09-cv-0715-LDG-RAM<br>(Adamson II) |
| JASON AMES, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | 3:10-cv-0463-LDG-RAM |

The following FTCA jurisdictional and related FTCA non-Flood Control Act motions will be heard by the court at the April 18, 2011, hearing in Reno:

<u>Adamson v. United States (Adamson I)</u>, 3:08-cv-621-LDG-RAM

    United States' motion to dismiss (#25) (denied without prejudice to reconsideration of issues on summary judgment) (reinstated for purposes of this hearing)

<u>Moore v. United States</u>, 3:09-cv-167-LDG-RAM

    United States' motion to dismiss (#9) (denied without prejudice to reconsideration of issues on summary judgment) (reinstated for purposes of this hearing)

<u>Adgett v. United States</u>, 3:09-cv-649-LDG-RAM

    United States' motion to strike jury demand (#27) (denied without prejudice to reinstatement)

    United States' motion to dismiss duplicative claims (#20) (denied without prejudice to reinstatement)

    United States' motion to dismiss (#21) (denied without prejudice to reinstatement)

<u>Adamson v. United States (Adamson II)</u>, 3:09-cv-715-LDG-RAM

    United States' motion to strike jury demand (#20) (denied without prejudice to reinstatement)

    United States' motion to dismiss duplicative claims (#21) (denied without prejudice to reinstatement)

    United States' motion to dismiss (#23) (denied without prejudice to reinstatement)

<u>Ames v. United States</u>, 3:10-cv-463-LDG-RAM

    United States' motion to dismiss (#15)

    United States' motion to strike claims of prejudgement interest and attorneys fees (#17)

    Plaintiffs' motion to convert motion to dismiss to motion for summary judgment (#27)

DATED this _12_ day of April, 2011.

_____
Lloyd D. George
United States District Judge