Clayton P. Brust, Esq. (SNB 5234)
Mark G. Simons, Esq. (SBN 5132)
ROBISON, BELAUSTEGUI, SHARP & LOW
71 Washington Street
Reno, Nevada 89503
tele: (775) 329-3151
Fax: (775) 329.7941

Attorneys for Defendants
Greater Nevada Builders and
Steven F. Campoy



```
____ FILED          ____ RECEIVED
____ ENTERED        ____ SERVED ON
            COUNSEL/PARTIES OF RECORD

           AUG 0 4 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, BILL ADAMSON; SHARON ADAMSON; PANFILO "PHIL" AGUILAR; DONNA AGUILAR; AIR TECH HEATING & AIR, a Division of Spracklin Homes; JEMMELY ALMARIO; LORILLEE BABCOCK; THOMAS BAILIE; AMANDA BAILIE; THOMAS and AMANDA BAILIE, individually and on behalf of their minor child, ELIZABETH BAILIE; JOHN BECK; COLEEN BECK; JOHN and COLLEN BECK, individually and on behalf of their minor child, SEANDRA BECK; BENNAFIT INVESTMENTS; DENNIS BLAIR; BEVERLY BLAIR; WILLIAM BORRELLI; RACINE BRADY-MARTINEZ; STEVE BRONAUGH; JENNIFER BRONAUGH; STEVE and JENNIFER BRONAUGH, individually and on behalf of their minor child, STERLING BRONAUGH; MARK CARR; JOHN CAULK; MARTINIQUE CAULK; JOHN and MARTINIQUE CAULK, individually and on behalf of their minor children, JARED HIRES CAULK, JOHN HIRES CAULK and TAYLOR HIRES CAULK; SCOTT CHAPMAN; JANET CHAPMAN; EVERETT A. CIRIO; TOM W. COOK, II; KATHLEEN M. COOK; JAMES CRUTCHER; BRANDY CRUTCHER; JAMES and BRANDY CRUTCHER, individually and on behalf of their minor children, JAKE CRUTCHER and MACKINNON CRUTCHER; ANGELA and WILLIAM T. DANIEL, individually and on behalf of their minor children, JULIANNA DANIEL and VANCE DANIEL; DOUGLAS D. DAVIS; RAMONA DAVIS; WILLIAM K. DAVIS; DIANNE R. DAVIS, individually and on behalf of | CASE NO.    3:09-cv-713<br><br><br><br><br><br><br><br><br><br>**ORDER GRANTING MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION AND DISMISSAL OF CLAIMS** |

1  their minor child, FELICIA R. DAVIS; J. WENDELL
   DAVIS; LORRAINE C. DAVIS; PAMELA M. DIERR;
2  JOHN E. DOHM; DONNA L. DOHM; PATRICK
   DOYLE; LORI DOYLE; PATRICK and LORI DOYLE,
3  individually and on behalf of their minor children,
   JOSHUA DOYLE and TANNA DOYLE; SHERRE
4  GONZALES; JEREMY GOTTLIEB; WARREN GRAY;
   BARBARA GRAY; DARYL R. GROVER, JR.;
5  DARYL R. GROVER, JR., individually and on
6  behalf of his minor child PATRICK GROVER;
   RICHARD HARGETT; LINDA HARGETT;
7  ROSEMARY HIGGINS; ROLF G. HODAPP;
   MICHAEL A. HUMPHREY; KIM JAMES; MICHAEL
8  JONES; KILITA JONES; MANFRED JURGEIT;
   JEANIE JURGEIT; LYNN KANTOR; DAN KANTOR;
9  LINDA KANTOR; BRANDON KNAPP; TRACY
10 KNAPP; JUSTIN KNOX; CHERIE KNOX; JUSTIN
   and CHERIE KNOX, individually and on behalf of
11 their minor child, CORA KNOX; PHILIP KNOX;
   SUZANNE KNOX; JULIE LANE; DAN LAWSON;
12 LORRAINE LAWSON; LESLIE LEVERET; ESTHER
   LEVINE; JOHN LINDENMEIER; LEO LINDENMEIER;
13 NANCY LINDENMEIER; LEZLIE M. LUCAS; JASON
14 E. MARICH; DAVID C. MARSHALL; LEROY
   MARX; LEROY MARX, individually and on behalf
15 of his minor child, DESTINY MARX; MELANIE
   McADAM; HILLARY McADAM; ROBERT
16 McADAM; WESLEY McKNIGHT; KATHLEEN
   McKNIGHT; GARY R. MEIKLE; CARMEN MEIKLE;
17 LARRY MEIKLE; TERRI MEIKLE; RICHARD
   MEPPEN; FRED MESI; BETTY MESI; ERIC MESI;
18 DENNIS MORELLI; MARCIA MORELLI; DIANNE
   MORSE; BRUCE E. NAGEL; JEANNETTE M.
19 NAGEL; JOSEPH NEFF; MELISSA NEFF; JOSEPH
20 and MELISSA NEFF, individually and on behalf of
   their minor children, SEAN R. NEFF and KATELYN
21 NEFF; ADRIAN NORIEGA; MARY NORIEGA;
   ADRIAN and MARY NORIEGA, individually and on
22 behalf of their minor children, ASA NORIEGA,
   ADRIANA NORIEGA, ANDREW NORIEGA and
23 AUSTIN NORIEGA; TRAVIS PATTERSON;
   JENNIFER PATTERSON; BRIAN PEAVEY;
24 CRISTINA PEREZ; CHARLES J. PRESNELL;
25 RUSSELL L. PUCKETT; PABLO QUINTERO; PABLO
   QUINTERO and JEMMELY ALMARIO, individually
26 and on behalf of their minor children, JEMADREA
   QUINTERO, JESSALYN QUINTERO and PABLO F.
27 QUINTERO, JR.; JAMES REED; TERESA REED;
   JAMES and TERESA REED, individually and on
28

| | |
|---|---|
| 1 | behalf of their minor children, JULIAN REED and ALEXIS REED; BERT REINSMA; PATRICIA REINSMA; JESUS RODRIGUEZ; MONICA RODRIGUEZ; JESUS RODRIGUEZ and MONICA RODRIGUEZ, individually and on behalf of their minor children, JESUS RODRIGUEZ, JR., JOSUE RODRIGUEZ, LIBNI RODRIGUEZ, SIRIA RODRIGUEZ; FRANK ROGERS; JUDITH ROGERS; LUIS M. ROJAS; GLORIA M. ROJAS; LUIS J. ROJAS; PATRICIA A. ROJAS; GARY ROMA; H. LANE ROSE, II; DEBORAH SUE ROSE; DAVID SHIELDS; RHONDA SHIELDS; DAVID SHIELDS, JR.; DAVID SHIELDS, JR.; individually and on behalf of his minor child, ANNALYSE HOPE SHIELDS; DANIEL SOLACHE; BARBARA D. SPECCHIO; JOSEPH A. SPECCHIO, JR.; SPRACKLIN HOMES; SPRACKLIN CONSTRUCTION; SPRACKLIN TILE & STONE; SCOTT SPRACKLIN; DENISE SPRACKLIN; WESLEY STALIONS; MISTY STALIONS; WESLEY and MISTY STALIONS, individually and on behalf of their minor child, ANGELICA B. STALIONS; RANDALL STAUBS; STEVIE STAUBS; DAVID STEPHAN; LINDA STEPHAN; DAVID and LINDA STEPHAN, individually and on behalf of their minor children, HALEY STEPHAN and JOHN STEPHAN; EDWARD J. STEVENS; CONNIE STEVENS; DEREK TAYLOR; JENNIFER TAYLOR; DEREK and JENNIFER TAYLOR, individually and on behalf of their minor children, ISABEL TAYLOR and CONNOR TAYLOR; MICHAEL TEETER; KIM THROCKMORTON; JIM THROCKMORTON; LIM and JIM THROCKMORTON, individually and on behalf of their minor children, BRAD BEATON and KYLE THROCKMORTON; DAVID M. TRIPP; VIRGINIA TRIPP; JENNIFER VAUGHAN; JENNIFER VAUGHAN, individually and on behalf of her minor children, TOMMY HAYES and AUSTIN VAUGHAN; WES W. R. WARN; ROLAINE WARN; BARBARA WILSON and ROBERT WILSON, on behalf of themselves and all other persons similarly situated, |
| 25 | Plaintiffs, |
| 26 | vs. |
| 27 | UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR through its BUREAU OF |

-3-

RECLAMATION, MID-PACIFIC REGION, CARSON CITY OFFICE, KEN SALAZAR, Secretary of the Interior, KENNETH PARR, Director of the Carson City Office of the Bureau of Reclamation, TRUCKEE-CARSON IRRIGATION DISTRICT, DAVID P. OVERVOLD, CITY OF FERNLEY, COUNTY OF LYON, CHRH, LTD., GARY HUTCHINGS, RICHARD HUTCHINGS, C.A.L. INVESTMENT PROPERTIES, KING CONSTRUCTION, CAL EILRICH, DINAH EILRICH, GREATER NEVADA BUILDERS, STEVEN F. CAMPOY, CRISP DEVELOPMENT, INC., V POINT ENGINEERING aka TC ENGINEERING, INC., MARTIN UGALDE, ROBERT BIDART, MICHAEL BIDART, KEYSTONE REALTY, REMAX REALTY, JUDY ASHTON, DAN ANDERSON, LL REALTY, and COLDWELL BANKER (Fernley, Nevada);

Defendants.
_____/

## ORDER GRANTING MOTION FOR GOOD FAITH
## SETTLEMENT DETERMINATION AND DISMISSAL OF CLAIMS

Based on Motion made by Greater Nevada Builders and Steven F. Campoy, individually and dba Steven F. Campoy General Contractors, (collectively "GNB"), by and through their attorneys, Robison, Belaustegui, Sharp & Low, upon the papers and pleadings on file in this matter, and the hearing held thereon, the Court now enters its findings of facts, conclusions of law and judgment as follows:

1. This case arises from a breach of the Truckee Canal in Lyon County, Nevada on January 5, 2008.

2. Numerous Complaints for Damages and numerous claims were filed in State and Federal Courts against various parties, including GNB in the various cases related to the Fernley flood of January 5, 2008. The parties to this action are set forth in the caption and have been identified in the pleadings on file in the above-

captioned matter.

3. Plaintiffs and various parties claim that they suffered damages resulting from the flood waters that came from the breach of the Truckee Canal on January 5, 2008.

4. Plaintiffs and various parties allege that the January 5, 2008 flood in Fernley was due to the inadequate maintenance and operation of the Canal, among other reasons. They further assert that the flood consequences were "exacerbated" by the City of Fernley and the County of Lyon because of "intentional indifference" to requiring the contractors and builders of the residential subdivision to construct infrastructure that would minimize the damage caused by flooding in the event the flood waters entered the subdivision where Plaintiffs' homes were located.

5. Plaintiffs also assert that the flood consequences were exacerbated by the "errors and omissions" in constructing various elements, including Rolling Meadows subdivision improvements, houses, Jenny's Lane crossing and the "Knuckle" at Wrangler Road and Wagon Wheel, committed by the Defendants, as well as allegations of misrepresentations made on the sale of Rolling Meadows properties.

6. GNB has also sued numerous parties as identified in the moving papers, pleadings and caption.

7. Various parties have sued GNB in this and/or other actions as identified in the moving papers, pleadings, and caption on the theories of negligence, contribution and indemnity.

8. It is alleged that GNB was the developer and general contractor of

Rolling Meadows, involved in the Jenny's Lane crossing and the "Knuckle" at Wrangler Road and Wagon Wheel and that GNB was at least partially responsible for alleged defects in the Rolling Meadows subdivision. It is also alleged that misrepresentations were made when the Rolling Meadows properties were sold.

9. GNB claims it never had any active role as the developer or general contractor of Rolling Meadows or the other improvements and instead was simply the home builder. It is agreed that GNB built the houses in the development. However, Plaintiffs and other parties allege, despite GNB's position, that GNB did more. There is a dispute as to whether GNB has any liability for Plaintiffs' damages.

10. An amicable global settlement of this matter has been reached among the Plaintiffs and most parties to this case.

11. The Settlement Agreement essentially provides that GNB shall collectively pay the sum of $375,000.00 in exchange for a complete release from the instant action and all pending actions as listed in GNB's Motion For Good Faith Settlement Determination.

12. Neither Greater Nevada Builders nor Steven Campoy had insurance that would provide coverage for any of the pending actions.

13. GNB has significantly lessened its business activities and thus has no regular source of income from which to make any future payments. Without a source of income, GNB's defense of these pending actions dissipates the limited pool of funds available for settlement of these lawsuits.

14. The amount paid by GNB will be allocated to the Rondy class pursuant to calculations to which GNB was not in privy, but the sum paid is in consideration

1  for the global settlement of all claims.

2      15.   GNB actions were those of a house builder and as such were more
3  passive than most other Defendants, thus undermining any claims for indemnity.

4      16.   There is no evidence or allegation that this settlement is fraudulently,
5  collusively or tortiously aimed at injuring non-settling Defendants.

6      17.   The Court grants approval for the Global Settlement Agreement.

7      18.   The Court finds that the settlement agreement is made in good faith; and

8  ~~19.   The matter is dismissed with prejudice as to all claims against Greater Nevada Builders, Inc. and Steven F. Campoy, individually and dba Steven F. Campoy General Contracting, each party to pay their own costs and fees.~~

IT IS SO ORDERED.

DATED: August 4, 2011.

_____
UNITED STATES MAGISTRATE JUDGE