THOMAS MIRCZAK, ESQ.
Nevada Bar No. 2126
CISNEROS CLAYSON & MARIAS
One East First Street, Suite 1400
Reno, NV 89501
775-326-8200
775-326-8206 fax
Attorneys for Defendant
KING CONSTRUCTION, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JUDY KROSHUS, et al.,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No: 3:09-cv-00713-RCJ-RAM

**ORDER GRANTING MOTION FOR DETERMINATION OF GOOD FAITH SETTLEMENT**

Based upon Motion made by Defendant, KING CONSTRUCTION, INC., by and through its attorney, THOMAS MIRCZAK, ESQ., of CISNEROS CLAYSON & MARIAS, upon the papers and pleadings on file in this matter, and the hearing held thereon, the Court now enters its findings of facts, conclusions of law and judgment as follows:

1. This case arises from a breach of the Truckee Canal in Lyon County, Nevada, on January 5, 2008.

2. A Complaint for Damages was filed against numerous Defendants.

3. Plaintiffs are owners of residential property situated in Fernley, Nevada.

4. Plaintiffs claim that they suffered damages resulting from the flood waters that came from the breach of the Truckee Canal on January 5, 2008.

5. Plaintiffs allege that the January 5, 2008 flood in Fernley, Nevada was due to the inadequate maintenance and operation of the Canal, among other reasons. They

1

further assert that the flood consequences were "exacerbated" by the City of Fernley and the County of Lyon because of "intentional indifference" to requiring the contractors and builders of the residential subdivision to construct infrastructure that would minimize the damage caused by flooding in the event the floodwaters entered the subdivision where Plaintiffs' homes were located.

6. Plaintiffs also assert that the flood consequences were exacerbated by the "errors and omissions" in constructing various elements, including Rolling Meadows subdivision improvements, houses, Jenny's Lane crossing, and the "Knuckle" at Wrangler Road and Wagon Wheel, committed by the Defendants, as well as allegations of misrepresentations made on the sale of Rolling Meadows properties.

7. KING CONSTRUCTION, INC. was a subcontractor hired to complete excavation work at the Rolling Meadows subdivision. KING CONSTRUCTION, INC. also completed work at Jenny's Lane and the "Knuckle".

8. An amicable global settlement of this matter has been reached among the Plaintiffs and most parties to this case.

9. The Settlement Agreement provides that KING CONSTRUCTION, INC. shall pay the sum of $162,500.00 in exchange for a complete release from the instant action and all pending actions as listed in the Motion.

10. KING CONSTRUCTION, INC. had insurance that provided coverage for any of the pending actions.

11. The amount paid by KING CONSTRUCTION, INC. will be allocated to the *Rondy* class pursuant to calculations to which KING CONSTRUCTION, INC.

2

was not in privy, but the sum paid is in consideration for the global settlement of all claims and is reasonable.

12. KING CONSTRUCTION, INC. continues as a viable business entity although its business has been drastically reduced because of the economic downturn.

13. There is no evidence or allegation that this settlement is fraudulently, collusively or tortuously aimed at injuring non-settling Defendants.

14. The Court grants approval of the Global Settlement Agreement.

15. The Court finds that the settlement agreement is made in good faith. and, ~~16. The matter is dismissed with prejudice as to all claims against KING CONSTRUCTION, INC.~~

IT IS SO ORDERED.

DATED: August 4, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
CISNEROS CLAYSON & MARIAS
/s/ **Thomas Mirczak**

THOMAS MIRCZAK, ESQ.
One E. First Street, Ste. 1400
Reno, NV  89501
Attorneys for Defendant
KING CONSTRUCTION, INC.

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of August, 2011, I caused copies of the foregoing document in accordance with Rule 5, to be served on all parties to this action via the U.S. District Court's e-filing (CM/ECF) system.

| Attorney | Phone/Fax | Party(ies) |
|---|---|---|
| Robert R. Hager, Esq.<br>Treva J. Hearne, Esq.<br>Hager & Hearne<br>910 Parr Blvd., Ste 8<br>Reno, NV 89512 | 775-329-5800<br>775-329-5819 fax | Attorneys for Plaintiffs |
| Lee T. Hotchkin, Esq.<br>1025 Ridgeview Dr., Ste 200<br>Reno, NV 89519 | 775-786-5791<br>775-786-8524 fax | Attorneys for Plaintiffs |
| Randall K. Edwards, Esq.<br>The Kearns Building<br>136 So. Main St., Ste 700<br>Salt Lake City UT 84101 | 801-328-0300<br>801-328-4822 fax | Attorneys for Plaintiffs |
| Calvin R.X. Dunlap<br>Monique Laxalt<br>Dunlap & Laxalt<br>P.O. Box 3689<br>Reno, NV 89505 | 775-323-7790<br>775-323-5454 fax | Attorney for Proposed Intervenor Plaintiffs |
| Robert C. Maddox<br>Robert C. Maddox & Associates<br>10587 Double R Blvd., Ste 100<br>Reno, NV 89521 | 775-322-3666<br>775-322-6338 fax | Attorney for Proposed Intervenor Plaintiffs |
| Patrick R. Leverty<br>Leverty & Associates<br>832 Willow Street<br>Reno, NV 89502 | 775-322-6636<br>775-322-3953 | Attorney for Proposed Intervenor Plaintiffs |
| Newel B. Knight, Esq.<br>Stephens Knight & Edwards<br>401 Ryland Street, Ste 330<br>Reno, NV 89502 | 775-786-5776<br>775-786-5044 fax | Attorneys for C.A.L. Investment Properties |
| Gregory Addington, Esq.<br>United States Attorney<br>100 W. Liberty, Ste 600<br>Reno, NV 89501 | 775-784-5438<br>775-784-5181 fax | Attorneys for Federal Defendants |
| Michael J. Van Zandt, Esq.<br>Nathan A. Metcalf, Esq.<br>Hanson Bridgett<br>425 Market Street, 26th Floor<br>San Francisco, CA 94105 | 415-777-3200<br>415-995-3566 fax | Attorneys for Truckee-Carson Irrigation District |
| Lyman F. McConnell, Esq.<br>1247 Rice Road<br>Fallon, NV 89406 | 775-423-6923 | Attorneys for Truckee Carson Irrigation District |
| William H. Doyle, Esq.<br>M. Craig Murdy<br>Doyle Berman Murdy<br>3295 N. Fort Apache Rd., Ste 110<br>Las Vegas, NV 89129 | 702-873-1622 | Attorneys for Truckee Carson Irrigation District and David P. Overvold |

| | | |
|---|---|---|
| Brent T. Kolvet, Esq.<br>Thorndal Armstrong Delk Balkenbush & Eisinger<br>6590 So. McCarran Blvd., Ste B<br>Reno, NV 89509 | 775-786-2882<br>775-786-8004 fax | Attorneys for City of Fernley |
| Charles L. Burcham, Esq.<br>Thorndal Armstrong Delk Balkenbush & Eisinger<br>6590 So. McCarran Blvd., Ste B<br>Reno, NV 89509 | 775-786-2882<br>775-786-8004 fax | Attorneys for County of Lyon |
| Anthony Case Esq.<br>Farmer Case & Fedor<br>2510 Wigwam Pkwy, Ste 206<br>Las Vegas, NV 89074 | 702-579-3900<br>702-579-3001 fax | Attorneys for Keystone Realty, Inc. |
| Gary M. Pakele, Esq.<br>432 Court Street<br>Reno, NV 89501 | 775-348-6699<br>775-786-5573 fax | Attorney for Altmann-Ott Homes |
| John Aberasturi, Esq.<br>Erickson Thorpe & Swainston<br>99 West Arroyo Street<br>Reno, NV 89509 | 775-786-3903<br>775-786-4160 fax | Attorneys for LL Realty |
| Michael E. Stoberski, Esq.<br>Olson Cannon Gormley & Desruisseaux<br>9950 West Cheyenne Ave<br>Las Vegas, NV 89129 | 702-384-4012<br>702-383-0701 fax | Attorneys for Remax Realty |
| Jean A. Weil, Esq.<br>Jeremy Kilber, Esq.<br>Weil & Drage, APC<br>2500 Anthem Village Drive<br>Henderson, NV 89052 | 702-314-1905<br>702-314-1909 fax | Attorneys for TRC Engineers, fka Vpoint, Martin Ugalde, Robert Bidart and Michael Bidart |

/s/ **Vicky Cralle**

An Employee of CISNEROS CLAYSON & MARIAS

5