```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

         NOV 15 2011

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 011001
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 office
(702) 383-0701 fax
mstoberski@rocgd.com

Attorneys for Defendants RE/MAX REALTY
and JUDY ASHTON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

JUDY KROSHUS; BILL ADAMSON; SHARON ADAMSON; PANFILO "PHIL" AGUILAR; DONNA AGUILAR; AIR TECH HEATING & AIR, a Division of Spracklin Homes; JEMMELY ALMARIO; LORILLEE BABCOCK; THOMAS BAILIE; AMANDA BAILIE; THOMAS and AMANDA BAILIE, individually and on behalf of their minor child, ELIZABETH BAILIE; JOHN BECK; COLEEN BECK; JOHN and COLEEN BECK, individually and on behalf of their minor child, SEANDRA BECK; BENNAFIT INVESTMENTS; DENNIS BLAIR; BEVERLY BLAIR; WILLIAM BORRELLI; RACINE BRADY-MARTINEZ; STEVE BRONAUGH; JENNIFER BRONAUGH; STEVE and JENNIFER BRONAUGH, individually and on behalf of their minor child, STERLING BRONAUGH; MARK CARR; JOHN CAULK; MARTINIQUE CAULK; JOHN and MARTINIQUE CAULK, individually and on behalf of their minor children, JARED HIRES CAULK, JOHN HIRES CAULK and TAYLOR HIRES CAULK; SCOTT CHAPMAN; JANET CHAPMAN; EVERETT A. CIRIO; TOM W. COOK II; KATHLEEN M. COOK; JAMES CRUTCHER; BRANDY CRUTCHER; JAMES and BRANDY CRUTCHER, individually and on behalf of their minor children, JAKE CRUTCHER and MACKINNON CRUTCHER; ANGELA DANIEL; WILLIAM T. DANIEL; ANGELA and WILLIAM T. DANIEL, individually and on behalf of their minor children, JULIANA DANIEL and VANCE DANIEL; DOUGLAS D. DAVIS; RAMONA DAVIS; WILLIAM K. DAVIS; DIANE R. DAVIS; WILLIAM K.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3:09-cv-00713

ORDER GRANTING
DEFENDANTS RE/MAX REALTY
PROFESSIONALS AND JUDY
ASHTON'S MOTION FOR GOOD
FAITH DETERMINATION

| | |
|---|---|
| 1 | DAVIS and DIANE R. DAVIS, individually and ) |
| 2 | on behalf of their minor child, FELICIA R. ) |
|   | DAVIS; J. WENDELL DAVIS; LORRAINE C. ) |
| 3 | DAVIS; PAMELA M. DOERR; JOHN E. ) |
|   | DOHM; DONNA L. DOHM; PATRICK DOYLE; ) |
| 4 | LORI DOYLE; PATRICK and LORI DOYLE, ) |
|   | individually and on behalf of their minor children, ) |
| 5 | JOSHUA DOYLE and TANNA DOYLE; ) |
|   | SHERRE GONZALES; JEREMY GOTTLIEB; ) |
| 6 | WARREN GRAY; BARBARA GRAY; DARYL ) |
|   | R. GROVER, JR.; DARYL R. GROVER, JR., ) |
| 7 | individually and on behalf of his minor child, ) |
|   | PATRICK GROVER; RICHARD HARGETT; ) |
| 8 | LINDA HARGETT; ROSEMARY HIGGINS; ) |
|   | ROLF G. HODAPP; MICHAEL A. ) |
| 9 | HUMPHREY; KIM JAMES; MICHAEL JONES; ) |
|   | KILITA JONES; MANFRED JURGEIT; JEANIE ) |
| 10 | JURGEIT; LYNN KANTOR; DAN KANTOR; ) |
|    | LINDA KANTOR; BRANDON KNAPP; ) |
| 11 | TRACY KNAPP; JUSTIN KNOX; CHERIE ) |
|    | KNOX; JUSTIN and CHERIE KNOX, ) |
| 12 | individually and on behalf of their minor child, ) |
|    | CORA KNOX; PHILIP KNOX; SUZANNE ) |
| 13 | KNOX; JULIE LANE; DAN LAWSON; ) |
|    | LORRAINE LAWSON; LESLIE LEVERETT; ) |
| 14 | ESTHER LEVINE; JOHN LINDENMEIER; LEO ) |
|    | LINDENMEIER; NANCY LINDENMEIER; ) |
| 15 | LEZLIE M. LUCAS; JASON E. MARICH; ) |
|    | DAVID C. MARSHALL; LEROY MARX; ) |
| 16 | LEROY MARX, individually and on behalf of his ) |
|    | minor child, DESTINY MARX; MELANIE ) |
| 17 | McADAM; HILLARY McADAM; ROBERT ) |
|    | McADAM; WESLEY McKNIGHT; KATHLEEN ) |
| 18 | McKNIGHT; GARY R. MEIKLE; CARMEN ) |
|    | MEIKLE; LARRY MEIKLE; TERRI MEIKLE; ) |
| 19 | RICHARD MEPPEN; FRED MESI; BETTY ) |
|    | MESI; ERIC MESI; DENNIS MORELLI; ) |
| 20 | MARCIA MORELLI; DIANNE MORSE; ) |
|    | BRUCE E. NAGEL; JEANNETTE M. NAGEL; ) |
| 21 | JOSEPH NEFF; MELISSA NEFF; JOSEPH and ) |
|    | MELISSA NEFF, individually and on behalf of ) |
| 22 | their minor children, SEAN R. NEFF and ) |
|    | KATELYN NEFF; ADRIAN NORIEGA; MARY ) |
| 23 | NORIEGA; ADRIAN and MARY NORIEGA, ) |
|    | individually and on behalf of their minor children, ) |
| 24 | ASA NORIEGA, ADRIANA NORIEGA, ) |
|    | ANDREW NORIEGA and AUSTIN NORIEGA; ) |
| 25 | TRAVIS PATTERSON; JENNIFER ) |
|    | PATTERSON; BRIAN PEAVEY; CRISTINA ) |
| 26 | PEREZ; CHARLES J. PRESNELL; RUSSELL L. ) |
|    | PUCKETT; PABLO QUINTERO; PABLO ) |
| 27 | QUINTERO and JEMMELY ALMARIO, ) |
|    | individually and on behalf of their minor children, ) |
| 28 | JEMADREA QUINTERO, JESSALYN ) |
|    | QUINTERO and PABLO F. QUINTERO, JR.; ) |

Law Offices of
OLSON, CANNON, GORMLEY & DESRUISSEAUX
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012   Telecopier (702) 383-0701

| | |
|---|---|
| 1 | JAMES REED; TERESA REED; JAMES and TERESA REED, individually and on behalf of their minor children, JULIAN REED and ALEXIS REED; BERT REINSMA; PATRICIA REINSMA; JESUS RODRIGUEZ; MONICA RODRIGUEZ; JESUS and MONICA RODRIGUEZ, individually and on behalf of their minor children, JESUS RODRIGUEZ, JR., JOSUE RODRIGUEZ; LIBNI RODRIGUEZ; SIRIA RODRIGUEZ; FRANK ROGERS; JUDITH ROGERS; LUIS M. ROJAS; GLORIA M. ROJAS; LUIS J. ROJAS; PATRICIA A. ROJAS; GARY ROMA; H. LANE ROSE, II; DEBORAH SUE ROSE; DAVID SHIELDS; RHONDA SHIELDS; DAVID SHIELDS, JR.; DAVID SHIELDS, JR., individually and on behalf of his minor child, ANNALYSE HOPE SHIELDS; DANIEL SOLACHE; BARBARA D. SPECCHIO; JOSEPH A. SPECCHIO, JR.; SPRACKLIN HOMES; SPRACKLIN CONSTRUCTION; SPRACKLIN TILE & STONE; SCOTT SPRACKLIN; DENISE SPRACKLIN; WESLEY STALIONS; MISTY STALIONS; WESLEY and MISTY STALIONS, individually and on behalf of their minor child, ANGELICA B. STALIONS; RANDALL STAUBS; STEVIE STAUBS; DAVID STEPHAN; LINDA STEPHAN; DAVID and LINDA STEPHAN, individually and on behalf of their minor children, HALEY STEPHAN and JOHN STEPHAN; EDWARD J. STEVENS; CONNIE STEVENS; DEREK TAYLOR; JENNIFER TAYLOR; DEREK and JENNIFER TAYLOR, individually and on behalf of their minor children, ISABEL TAYLOR and CONNOR TAYLOR; MICHAEL TEETER; KIM THROCKMORTON; JIM THROCKMORTON; KIM and JIM THROCKMORTON, individually and on behalf of their minor children, BRAD BEATON and KYLE THROCKMORTON; DAVID M. TRIPP; VIRGINIA TRIPP; JENNIFER VAUGHAN; JENNIFER VAUGHAN, individually and on behalf of her minor children, TOMMY HAYES and AUSTIN VAUGHAN; WES W.R. WARN; ROLAINE WARN; BARBARA WILSON and ROBERT WILSON, on behalf of themselves and all other persons similarly situated, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | Plaintiffs, |
| 27 | v. |
| 28 | UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR through its |

| | |
|---|---|
| BUREAU OF RECLAMATION, MID-PACIFIC REGION, CARSON CITY OFFICE, KEN SALAZAR, Secretary of the Interior, KENNETH PARR, Director of the Carson City Office of the Bureau of Reclamation, TRUCKEE-CARSON IRRIGATION DISTRICT, DAVID P. OVERVOLD, CITY OF FERNLEY, COUNTY OF LYON, CHRH, LTD.; GARY HUTCHINGS, RICHARD HUTCHINGS, C.A.L. INVESTMENT PROPERTIES, KING CONSTRUCTION, CAL EILRICH, DINAH EILRICH, GREATER NEVADA BUILDERS, STEVEN F. CAMPOY, CRISP DEVELOPMENT, INC., V POINT ENGINEERING AKA TRC ENGINEERING, INC., MARTIN UGALDE, ROBERT BIDART, MICHAEL BIDART, KEYSTONE REALTY, REMAX REALTY, JUDY ASHTON, DAN ANDERSON, LL REALTY, and COLDWELL BANKER (Fernley, Nevada),<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING DEFENDANTS RE/MAX REALTY PROFESSIONALS AND JUDY ASHTON'S MOTION FOR GOOD FAITH DETERMINATION

Defendants REALTY PROFESSIONALS, INC. doing business as RE/MAX REALTY PROFESSIONALS ("RE/MAX Realty Professionals") and JUDY ASHTON's ("Ashton") (collectively "RE/MAX Realty Professionals Defendants") Motion for Good Faith Determination having come on for hearing on the 29th day of July, 2011, Zachary J. Thompson, Esq. of the law firm OLSON, CANNON, GORMLEY & DESRUISSEAUX appearing on behalf of the RE/MAX Realty Professionals Defendants, and Robert Maddox of the law firm of MADDOX & ASSOCIATES, Calvin R.X. Dunlap, of the firm of DUNLAP & LAXALT, Eugene Leverty, LEVERTY & ASSOCIATES, Robert Hager of the firm HAGER & HEARNE, and Lee Hotchkins, Esq. appearing on behalf of the Plaintiff class, and the Court having considered the papers and pleadings on file herein, and having heard oral argument,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.　　The Court has considered the factors discussed in *Velsicol Chemical Corp. v. Davidson*, 107 Nev. 356, 811 P.2d 561 (1991).

. . .

2. The Court has considered the factors discussed in *The Doctors Co. v. Vincent*, 120 Nev. 644, 652, 98 P.3d 681, 687 (2004).

3. The Court has considered the factors discussed in *MGM Grand Hotel Fire*, 570 F.Supp. 913 (D.Nev. 1983).

4. The Court has considered the settlement amount of $12,000 between Plaintiffs and the RE/MAX Realty Professionals Defendants, which is to be paid from insurance funds. The Court finds that the settlement amount is reasonable and sufficient.

5. The Court has considered the damages claimed by Plaintiffs, and it has considered the risks of proceeding on both sides. The Court finds that there is a strong potential that RE/MAX Realty Professionals and Ashton would be able to prevail against the Plaintiffs' claims pursuant to NRS Chapter 645.

6. The Court has considered whether there was collusion or fraud relating to the settlement. The Court finds that there was no collusion or fraud relating to the settlement between Plaintiffs and RE/MAX Realty Professionals. The settlement amount was arrived at through arms length negotiations.

7. The Court has considered the financial condition of the settling defendants and the insurance coverage of the settling defendants. RE/MAX Realty Professionals is a defunct Nevada corporation. The entity is insured, and the insurance is sufficient to cover the settlement. The Court finds the settlement amount reasonable and sufficient in light of the insurance coverage.

8. The Court has considered the strength and weaknesses of potential contribution and indemnity claims. The Court holds that the RE/MAX Realty Professionals Defendants would be able to show that they did not have active fault. The Court finds that potential claims for contribution and equitable indemnity do not weigh in favor of denying good faith.

9. The settlement agreement between Plaintiffs and the RE/MAX Realty Professionals Defendants satisfies the factors set forth in *Velsicol Chemical Corp. v. Davidson*, 107 Nev. 356, 811 P.2d 561 (1991), *The Doctors Co. v. Vincent*, 120 Nev. 644, 652, 98 P.3d 681, 687 (2004), and *MGM Grand Hotel Fire*, 570 F.Supp. 913 (D.Nev. 1983).

. . .

10. The settlement agreement between Plaintiffs and the RE/MAX Realty Professionals Defendants was entered into in good faith.

11. No opposition, written or oral, was received to RE/MAX Realty Professionals Defendants' Motion for Good Faith Determination.

12. The RE/MAX Realty Professionals Defendants' Motion for Good Faith Determination is hereby granted in its entirety.

13. All claims, whether known or unknown, against RE/MAX Realty Professionals Defendants for contribution and/or equitable indemnity are hereby extinguished pursuant to NRS 17.245.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. RE/MAX Realty Professionals and Judy Ashton's Motion for Good Faith Determination is hereby granted, each party to bear their own attorneys' fees and costs;

2. All claims, whether known or unknown, against RE/MAX Realty Professionals and Judy Ashton for contribution and/or equitable indemnity are hereby extinguished.

DATED this __15th__ day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

OLSON, CANNON, GORMLEY &
DESRUISSEAUX

By_____
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 011001
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants RE/MAX REALTY
and JUDY ASHTON