# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al., | CASE NO.: 3:08-cv-0246-LDG-RAM |
| Plaintiffs, | CASE NO.: 3:09-cv-00713-LDG-RAM |
| v. | |
| UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, et al., | **ORDER APPROVING COMPROMISE OF MINOR'S CLAIM FOR DESTINY MARX (A MINOR CHILD)** |
| Defendants. | |

The Petition for approval to compromise the claim of Destiny Marx (DOB 11/21/2005) (hereinafter "MINOR"), the unemancipated minor child and real party in interest in the above-entitled class action, having come before the Court, the Court having considered all papers on file herein, finding itself fully advised, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The compromise and settlement of the claim of MINOR against Defendants Ernest C. Schank, Richard Harriman, Ray Peterson, Lester Debraga, Larry Miller, David Stix, Jr., Don Travis (hereinafter collectively "TCID Board of Directors"), the City of Fernley and the County of Lyon, is approved as set forth in said Petition (Doc. 690), and specifically:

2. The Court directs the amount of the compromise, $7,060.03, to be paid to Leroy Marx, (hereinafter "PETITIONER"). Upon receiving the proceeds of the compromise, PETITIONER shall cause to be established a blocked

account in MINOR's name with the proceeds of the compromise. The proceeds of the compromise and any accrued interest shall be paid to MINOR or his/her estate on or immediately after the eighteenth (18th) anniversary of MINOR's birth. The Court waives the requirement of the filing of any bond.

3.  Within thirty (30) days after receiving the proceeds of the compromise, PETITIONER shall file with the court proof that the blocked financial investment has been established.

4.  Prior to the eighteenth (18th) anniversary of MINOR's birth, the blocked account to be established herein shall be held for the benefit of MINOR or her/his estate in an interest bearing blocked trust account, and said money cannot be withdrawn or accessed.

5.  The compromise in this matter is in the best interests of MINOR, and MINOR shall henceforth be barred from seeking further relief from the TCID Board of Directors, the City of Fernley and the County of Lyon for the claims in this matter.

DATED this 15th day of December, 2011.

[signature]

UNITED STATES ~~DISTRICT~~ Magistrate ~~COURT~~ JUDGE