```
 1  MICHAEL E. STOBERSKI, ESQ.
    Nevada Bar No. 004762
 2  ZACHARY J. THOMPSON, ESQ.
    Nevada Bar No. 011001
 3  OLSON, CANNON, GORMLEY & DESRUISSEAUX
    9950 West Cheyenne Avenue
 4  Las Vegas, Nevada 89129
    (702) 384-4012 office
 5  (702) 383-0701 fax
    mstoberski@rocgd.com
 6
    Attorneys for Defendants RE/MAX REALTY
 7  and JUDY ASHTON
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * *

| | |
|---|---|
| JUDY KROSHUS; BILL ADAMSON; SHARON ADAMSON; PANFILO "PHIL" AGUILAR; DONNA AGUILAR; AIR TECH HEATING & AIR, a Division of Spracklin Homes; JEMMELY ALMARIO; LORILLEE BABCOCK; THOMAS BAILIE; AMANDA BAILIE; THOMAS and AMANDA BAILIE, individually and on behalf of their minor child, ELIZABETH BAILIE; JOHN BECK; COLEEN BECK; JOHN and COLEEN BECK, individually and on behalf of their minor child, SEANDRA BECK; BENNAFIT INVESTMENTS; DENNIS BLAIR; BEVERLY BLAIR; WILLIAM BORRELLI; RACINE BRADY-MARTINEZ; STEVE BRONAUGH; JENNIFER BRONAUGH; STEVE and JENNIFER BRONAUGH, individually and on behalf of their minor child, STERLING BRONAUGH; MARK CARR; JOHN CAULK; MARTINIQUE CAULK; JOHN and MARTINIQUE CAULK, individually and on behalf of their minor children, JARED HIRES CAULK, JOHN HIRES CAULK and TAYLOR HIRES CAULK; SCOTT CHAPMAN; JANET CHAPMAN; EVERETT A. CIRIO; TOM W. COOK II; KATHLEEN M. COOK; JAMES CRUTCHER; BRANDY CRUTCHER; JAMES and BRANDY CRUTCHER, individually and on behalf of their minor children, JAKE CRUTCHER and MACKINNON CRUTCHER; ANGELA DANIEL; WILLIAM T. DANIEL; ANGELA and WILLIAM T. DANIEL, individually and on behalf of their minor children, JULIANA DANIEL and VANCE DANIEL; DOUGLAS D. DAVIS; RAMONA DAVIS; WILLIAM K. DAVIS; DIANE R. DAVIS; WILLIAM K. | CASE NO. 3:09-cv-00713<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | DAVIS and DIANE R. DAVIS, individually and ) |
| | on behalf of their minor child, FELICIA R. ) |
| 2 | DAVIS; J. WENDELL DAVIS; LORRAINE C. ) |
| | DAVIS; PAMELA M. DOERR; JOHN E. ) |
| 3 | DOHM; DONNA L. DOHM; PATRICK DOYLE; ) |
| | LORI DOYLE; PATRICK and LORI DOYLE, ) |
| 4 | individually and on behalf of their minor children, ) |
| | JOSHUA DOYLE and TANNA DOYLE; ) |
| 5 | SHERRE GONZALES; JEREMY GOTTLIEB; ) |
| | WARREN GRAY; BARBARA GRAY; DARYL ) |
| 6 | R. GROVER, JR.; DARYL R. GROVER, JR., ) |
| | individually and on behalf of his minor child, ) |
| 7 | PATRICK GROVER; RICHARD HARGETT; ) |
| | LINDA HARGETT; ROSEMARY HIGGINS; ) |
| 8 | ROLF G. HODAPP; MICHAEL A. ) |
| | HUMPHREY; KIM JAMES; MICHAEL JONES; ) |
| 9 | KILITA JONES; MANFRED JURGEIT; JEANIE ) |
| | JURGEIT; LYNN KANTOR; DAN KANTOR; ) |
| 10 | LINDA KANTOR; BRANDON KNAPP; ) |
| | TRACY KNAPP; JUSTIN KNOX; CHERIE ) |
| 11 | KNOX; JUSTIN and CHERIE KNOX, ) |
| | individually and on behalf of their minor child, ) |
| 12 | CORA KNOX; PHILIP KNOX; SUZANNE ) |
| | KNOX; JULIE LANE; DAN LAWSON; ) |
| 13 | LORRAINE LAWSON; LESLIE LEVERETT; ) |
| | ESTHER LEVINE; JOHN LINDENMEIER; LEO ) |
| 14 | LINDENMEIER; NANCY LINDENMEIER; ) |
| | LEZLIE M. LUCAS; JASON E. MARICH; ) |
| 15 | DAVID C. MARSHALL; LEROY MARX; ) |
| | LEROY MARX, individually and on behalf of his ) |
| 16 | minor child, DESTINY MARX; MELANIE ) |
| | McADAM; HILLARY McADAM; ROBERT ) |
| 17 | McADAM; WESLEY McKNIGHT; KATHLEEN ) |
| | McKNIGHT; GARY R. MEIKLE; CARMEN ) |
| 18 | MEIKLE; LARRY MEIKLE; TERRI MEIKLE; ) |
| | RICHARD MEPPEN; FRED MESI; BETTY ) |
| 19 | MESI; ERIC MESI; DENNIS MORELLI; ) |
| | MARCIA MORELLI; DIANNE MORSE; ) |
| 20 | BRUCE E. NAGEL; JEANNETTE M. NAGEL; ) |
| | JOSEPH NEFF; MELISSA NEFF; JOSEPH and ) |
| 21 | MELISSA NEFF, individually and on behalf of ) |
| | their minor children, SEAN R. NEFF and ) |
| 22 | KATELYN NEFF; ADRIAN NORIEGA; MARY ) |
| | NORIEGA; ADRIAN and MARY NORIEGA, ) |
| 23 | individually and on behalf of their minor children, ) |
| | ASA NORIEGA, ADRIANA NORIEGA, ) |
| 24 | ANDREW NORIEGA and AUSTIN NORIEGA; ) |
| | TRAVIS PATTERSON; JENNIFER ) |
| 25 | PATTERSON; BRIAN PEAVEY; CRISTINA ) |
| | PEREZ; CHARLES J. PRESNELL; RUSSELL L. ) |
| 26 | PUCKETT; PABLO QUINTERO; PABLO ) |
| | QUINTERO and JEMMELY ALMARIO, ) |
| 27 | individually and on behalf of their minor children, ) |
| | JEMADREA QUINTERO, JESSALYN ) |
| 28 | QUINTERO and PABLO F. QUINTERO, JR.; ) |

REED; JAMES and TERESA REED, individually and on behalf of their minor children, JULIAN REED and ALEXIS REED; BERT REINSMA; PATRICIA REINSMA; JESUS RODRIGUEZ; MONICA RODRIGUEZ; JESUS and MONICA RODRIGUEZ, individually and on behalf of their minor children, JESUS RODRIGUEZ, JR., JOSUE RODRIGUEZ; LIBNI RODRIGUEZ; SIRIA RODRIGUEZ; FRANK ROGERS; JUDITH ROGERS; LUIS M. ROJAS; GLORIA M. ROJAS; LUIS J. ROJAS; PATRICIA A. ROJAS; GARY ROMA; H. LANE ROSE, II; DEBORAH SUE ROSE; DAVID SHIELDS; RHONDA SHIELDS; DAVID SHIELDS, JR.; DAVID SHIELDS, JR., individually and on behalf of his minor child, ANNALYSE HOPE SHIELDS; DANIEL SOLACHE; BARBARA D. SPECCHIO; JOSEPH A. SPECCHIO, JR.; SPRACKLIN HOMES; SPRACKLIN CONSTRUCTION; SPRACKLIN TILE & STONE; SCOTT SPRACKLIN; DENISE SPRACKLIN; WESLEY STALIONS; MISTY STALIONS; WESLEY and MISTY STALIONS, individually and on behalf of their minor child, ANGELICA B. STALIONS; RANDALL STAUBS; STEVIE STAUBS; DAVID STEPHAN; LINDA STEPHAN; DAVID and LINDA STEPHAN, individually and on behalf of their minor children, HALEY STEPHAN and JOHN STEPHAN; EDWARD J. STEVENS; CONNIE STEVENS; DEREK TAYLOR; JENNIFER TAYLOR; DEREK and JENNIFER TAYLOR, individually and on behalf of their minor children, ISABEL TAYLOR and CONNOR TAYLOR; MICHAEL TEETER; KIM THROCKMORTON; JIM THROCKMORTON; KIM and JIM THROCKMORTON, individually and on behalf of their minor children, BRAD BEATON and KYLE THROCKMORTON; DAVID M. TRIPP; VIRGINIA TRIPP; JENNIFER VAUGHAN; JENNIFER VAUGHAN, individually and on behalf of her minor children, TOMMY HAYES and AUSTIN VAUGHAN; WES W.R. WARN; ROLAINE WARN; BARBARA WILSON and ROBERT WILSON, on behalf of themselves and all other persons similarly situated,

                    Plaintiffs,

v.

UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR through its BUREAU OF RECLAMATION, MID-PACIFIC

| | |
|---|---|
| 1 | CARSON CITY OFFICE, KEN SALAZAR, ) |
| 2 | Secretary of the Interior, KENNETH PARR, ) Director of the Carson City Office of the Bureau ) |
| 3 | of Reclamation, TRUCKEE-CARSON ) IRRIGATION DISTRICT, DAVID P. ) |
| 4 | OVERVOLD, CITY OF FERNLEY, COUNTY ) OF LYON, CHRH, LTD.; GARY HUTCHINGS, ) |
| 5 | RICHARD HUTCHINGS, C.A.L. INVESTMENT ) PROPERTIES, KING CONSTRUCTION, CAL ) |
| 6 | EILRICH, ) DINAH EILRICH, GREATER NEVADA ) |
| 7 | BUILDERS, STEVEN F. CAMPOY, CRISP ) DEVELOPMENT, INC., V POINT ) |
| 8 | ENGINEERING AKA TRC ENGINEERING, ) INC., MARTIN UGALDE, ROBERT BIDART, ) |
| 9 | MICHAEL BIDART, KEYSTONE REALTY, ) REMAX REALTY, JUDY ASHTON, DAN ) |
| 10 | ANDERSON, LL REALTY, and COLDWELL ) BANKER (Fernley, Nevada), ) |

Defendants.

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiffs MANFRED JURGEIT and JEANIE JURGEIT, by and through their attorneys, Lee T. Hotchkin, Esq. and the law offices of HAGER & HEARNE, and Defendants RE/MAX REALTY and JUDY ASHTON, by and through their attorneys, OLSON, CANNON, GORMLEY & DESRUISSEAUX, and hereby stipulate that Plaintiffs MANFRED JURGEIT and JEANIE JURGEIT's claims against Defendants RE/MAX REALTY and JUDY

. . .

ASHTON only be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Trial in this matter is vacated.

DATED this 28 day of October, 2011.

OLSON, CANNON, GORMLEY & DESRUISSEAUX

By _____
MICHAEL E. STOBERSKI, ESQ.
Nevada Bar No. 004762
ZACHARY J. THOMPSON, ESQ.
Nevada Bar No. 011001
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendants RE/MAX REALTY and JUDY ASHTON

By _____
LEE T. HOTCHKIN, ESQ.
Nevada Bar No. 000967
1025 Ridgeview Drive, #200
Reno, Nevada 89519

HAGER & HEARNE
910 Parr Boulevard, #8
Reno, Nevada 89512
Attorneys for Plaintiffs
MANFRED JURGEIT and JEANIE JURGEIT

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the claims asserted by Plaintiffs MANFRED JURGEIT and JEANIE JURGEIT against Defendants RE/MAX REALTY and JUDY ASHTON only be dismissed with prejudice; and,

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party will bear its own attorneys' fees and costs.

DATED this 17 day of February, 2012.

_____
US DISTRICT COURT JUDGE

. . .
. . .
. . .
. . .
. . .

1  SUBMITTED BY:

2  OLSON, CANNON, GORMLEY & DESRUISSEAUX

3

4  By_____
   MICHAEL E. STOBERSKI, ESQ.
5  Nevada Bar No. 004762
   ZACHARY J. THOMPSON, ESQ.
6  Nevada Bar No. 011001
   9950 West Cheyenne Avenue
7  Las Vegas, Nevada 89129
   Attorneys for Defendants RE/MAX REALTY
8  and JUDY ASHTON