```
Newel B. Knight, Esq.
State Bar Number 000278
Stephens, Knight & Edwards
7655 Town Square Way, Suite 220
Reno, NV   89523
Tel:   775 786 5776
Attorneys for Defendants, C.A.L.
Investment Properties, and
Cal Eilrich and Dinah Eilrich
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, ETAL., | Case No.    3:08-cv-00246-LDG-RAM |
| Plaintiffs, | Case No.    3:09-cv-00713-LDG-RAM |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| UNITED STATES OF AMERICA, ETAL. | |
| Defendants. | |

C.A.L. Investment Properties, a Nevada corporation, Defendant above-named, does hereby substitute Cal Eilrich, of Fernley, Nevada, as its attorney, in the place and stead of Newel B. Knight, Esq., of Stephens, Knight & Edwards, Reno, Nevada.

**AFFIRMATION - Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this 23rd day of JANUARY, 2012.

C.A.L. Investment Properties
A Nevada Corporation

By: _[signature]_

Title: SECRETARY + CEO / PRESIDENT

- - - - -

- - - - -

Newel B. Knight, Esq., of Stephens, Knight & Edwards, Reno, Nevada, attorney-of-record for C.A.L. Investment Properties, a Nevada corporation, Defendant above-named, does hereby consent to the substitution of Cal Eilrich, of Fernley, Nevada, as the attorney for said Defendant in the above-entitled matter, in my place and stead.

STEPHENS, KNIGHT & EDWARDS

BY: _____
Newel B. Knight
State Bar Number 000278

Cal Eilrich, of Fernley, Nevada, does hereby consent to his substitution in the place and stead of Newel B. Knight, Esq., of Stephens, Knight & Edwards, Reno, Nevada, as the attorney-of-record in the above-entitled matter for Defendant, C.A.L. Investment Properties, a Nevada corporation.

**AFFIRMATION - Pursuant to NRS 239B.030**

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this 23rd day of January, 2012.

Cal Eilrich
P.O. Box 1980
Fernley, NV 89408

ORDER

IT IS SO ORDERED.
DATED this 10 day of May, 2012.

_____
Lloyd D. George
Sr. U.S. District Judge