**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | 3:09-cv-0713-LDG-RAM<br><br>AMENDED ORDER<br>APPOINTING SPECIAL MASTER |

D. Michael Schoenfeld is hereby appointed as Special Master in the above matters to swiftly receive written and oral arguments of counsel and make a written recommendation to the Court as to which of the 59 plaintiffs in Kroshus II not included in the Reimers class should be considered eligible to be included in the class members who will share in the settlement proceeds. Mr. Schoenfeld shall coordinate directly with counsel, and then promptly submit his written recommendation directly to the Court, with a copy to all participating counsel.

Mr. Schoenfeld's fee for his services shall be at the same rate per hour ($540) that has been in place since his appointment as a mediator. Counsel shall pay Mr. Schoenfeld's invoice(s) within thirty days of presentation.

IT IS SO ORDERED.

Dated this 20 day of August, 2012.

Lloyd D. George
United States District Judge