1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7
8

JUDY KROSHUS, et al.,                                              3:09-cv-0713-LDG-RAM

9

      Plaintiffs,

10

v.

11

UNITED STATES DEPARTMENT OF THE
INTERIOR, et al.,

12
13

      Defendants.

14
15

     Pursuant to the request and representations made by the special master D. Michael

16

Schoenfeld in his correspondence dated October 15, 2012, and good cause appearing,

17

     THE COURT HEREBY ORDERS that D. Michael Schoenfeld's August 20, 2012,

18

appointment by the court as special master in this case is TERMINATED.

19
20

Dated this ____ day of October, 2012.

21

                                     _____

22

                                     Lloyd D. George
                                     United States District Judge

23
24
25
26