UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:09-cv-0713-LDG-RAM |

Pursuant to the request and representations made by the special master D. Michael Schoenfeld in his correspondence dated October 15, 2012, and good cause appearing,

THE COURT HEREBY ORDERS that D. Michael Schoenfeld's August 20, 2012, appointment by the court as special master in this case is TERMINATED.

Dated this 16 day of October, 2012.

_____
Lloyd D. George
United States District Judge