1    JOHN T. WENDLAND, ESQ.
     (Nevada Bar No. 007207)

2    JEREMY R. KILBER, ESQ.
     (Nevada Bar No. 010643)

3    WEIL & DRAGE, APC

4    2500 Anthem Village Drive
     Henderson, NV 89052

5    (702) 314-1905 • Fax (702) 314-1909
     jwendland@weildrage.com; jkilber@weildrage.com

6    Attorneys for Defendants,

7    TRC ENGINEERS, INC. f/k/a VPOINT ENGINEEERING,
     MARTIN UGALDE, ROBERT BIDART AND MICHAEL BIDART

8

9                   **UNITED STATES DISTRICT COURT**

10                       **DISTRICT OF NEVADA**

11    JUDY KROSHUS; et al.,            )    3:08-cv-00246-HDM-RAM

12            Plaintiffs,       )

13           vs.                  )    **ORDER TO DISMISS PLAINTIFFS'**
                                      )    **COMPLAINT AND ALL CLAIMS**

14    UNITED STATES OF AMERICA, et. al.,   )    **AGAINST TRC ENGINEERS, INC.**
                                      )    **f/k/a VPOINT ENGINEERING,**

15           Defendants.      )    **MARTIN UGALDE, ROBERT**
                                      )    **BIDART AND MICHAEL BIDART**

16                                        )    **WITH PREJUDICE**

17                                        )

18                                        )    3:09-cv-00713-LDG-RAM

19    JUDY KROSHUS; et al.,            )

20            Plaintiffs,       )    **ORDER TO DISMISS PLINTIFFS'**
                                       )    **COMPLAINT AND ALL CLAIMS**

21           vs.                  )    **AGAINST TRC ENGINEERS, INC.**
                                       )    **f/k/a VPOINT ENGINEERING,**

22    UNITED STATES OF AMERICA, et. al.,   )    **MARTIN UGALDE, ROBERT**
                                       )    **BIDART AND MICHAEL BIDART**

23           Defendants.      )    **WITH PREJUDICE**

24                                        )

25    ALICIA UHOUSE, et. al.,           )

26            Plaintiffs,       )

27           vs.                  )

28                                        )

{00525301;1}

FILED _____    _____ RECEIVED
ENTERED _____    _____ SERVED ON
             COUNSEL/PARTIES OF RECORD

JAN 2 9 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  UNITED STATES DEPARTMENT OF THE              )       3:08-cv-00285-LDG-RAM
2  INTERIOR,                                    )
                                                )
3                    Defendants.                )       **ORDER TO DISMISS PLAINTIFFS'**
                                                )       **COMPLAINT AND ALL CLAIMS**
4                                               )       **AGAINST TRC ENGINEERS, INC.**
                                                )       **f/k/a VPOINT ENGINEERING,**
5                                               )       **MARTIN UGALDE, ROBERT**
                                                )       **BIDART AND MICHAEL BIDART**
6                                               )       **WITH PREJUDICE**
                                                )
7                                               )
                                                )
8                                               )
                                                )
9  _____            )

10        Pursuant to the Stipulation to Dismiss the Complaint and all claims against Defendants

11  TRC Engineers, Inc. f/k/a VPoint Engineering, Martin Ugalde, Robert Bidart and Michael Bidart

12  (collectively referred to hereinafter as the "TRC Defendants"), filed by the attorneys for the TRC

13  Defendants on March 19, 2013 (#397) with approval and execution by the attorneys for the

14  Plaintiffs in the above entitled actions, and for good cause appearing.

15        **IT IS HEREBY ORDERED** that the Complaint, all claims, causes of action and issues

16  against the TRC Defendants <u>only</u> in the above-entitled actions are hereby dismissed ***with***

17  ***prejudice***.

18        **IT IS HEREBY ORDERED** that this Order for Dismissal only applies to the TRC

19  Defendants and the Complaint, claims, causes of action and issues against all other parties remain

20  unchanged.

21        **IT IS FURTHER ORDERED** that each party shall bear their own fees and costs and the

22  TRC Defendants shall be removed from the case caption as parties to these actions.

23        Dated this **23** day of January, 2014.

24

25                                              _____
26                                              DISTRICT COURT JUDGE

27

28

{00525301;1}