UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:08-cv-0246-LDG<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |
| ALICIA UHOUSE, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:08-cv-0285-LDG<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |
| BILL ADAMSON, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No. 3:08-cv-0621-LDG<br><br>ORDER OF DISMISSAL WITH<br>PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |

| | |
|---|---|
| LARRY MOORE, et al., | Case No. 3:09-cv-0167-LDG |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| JAMES ADGETT, et al., | Case No. 3:09-cv-0649-LDG |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| JUDY KROSHUS, et al., | Case No. 3:09-cv-0713-LDG |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |
| BILL ADAMSON, et al., | Case No. 3:09-cv-0715-LDG |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

| | |
|---|---|
| JASON AMES, et al., | Case No. 3:10-cv-0463-LDG |
| Plaintiffs, | ORDER OF DISMISSAL WITH PREJUDICE – RULE 41(a)(2), Fed.R.Civ.P. |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In accordance with the terms of the class action settlement approved by the Court in these related actions (see Kroshus I (3:08-cv-246), Kroshus 2 (3:09-cv-713), and Uhouse (3:08-cv-285)), each and every action captioned above and each and every claim alleged in each such action is hereby DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(2), Fed.R.Civ.P., each party to bear their own costs and expenses of litigation including attorneys' fees.

Date: ____12__ April_____, 2016

_____
LLOYD D. GEORGE
United States Senior District Judge